991 A.2d 227

STATE OF NEW JERSEY, PLAINTIFF, v. MARCUS MCMULLEN, DEFENDANT–MOVANT.

March 4, 2010.

ORDERED that the motion to dismiss the appeal (A–61) is granted.

991 A.2d 227

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PAULA K. MASTRO, DEFENDANT–APPELLANT.

March 5, 2010.

This matter having been duly presented to the Court, and the parties having raised for the first time on appeal to this Court questions regarding the plea agreement, it is hereby

ORDERED that the judgment of the Superior Court, Appellate Division, is summarily reversed, and the matter is remanded to the Appellate Division for scheduling on a plenary calendar to address whether the parties entered into a valid plea agreement and, if so, whether the sentence imposed was in accord with that agreement and controlling case law. See *State v. John Baylass*, 114 *N.J.* 169, 553 *A.*2d 326 (1989). Jurisdiction is not retained.